```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

GERALDINE WINONA HAMMONS, :
:
    Plaintiff, :
:
v. : CIVIL ACTION 07-0358-M
:
MICHAEL J. ASTRUE, :
Commissioner of :
Social Security, :
:
    Defendant. :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Geraldine Winona Hammons.

DONE this 13th day of December, 2007.

                                  s/BERT W. MILLING, JR.
                                  UNITED STATES MAGISTRATE JUDGE